Gordon A. Ramsay, receiver for the Albany Park National Bank & Trust Company of Chicago, appellant, v. James H. Prentiss, appellee. Gen. No. 36,200.

Heard in the first division of this court for the first district at the October term, 1932. Opinion filed December 29, 1932.

Frederick A. Brown, for appellant; William G. Worthey, of counsel. Warren Pease and Holland F. FlaHavhan, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Sheridan-Brompton and Annex Building Corporation et al. v. Arthur J. Daane et al., appellants. Sheridan-Brompton and Annex Building Corporation et al., appellees. Gen. No. 36,012.

Heard in the first division of this court for the first district at the October term, 1931. Opinion filed December 29, 1932.

Charles G. Palmer, for appellants; Clyde C. Fisher, of counsel. Concannon & Dillon, Robert J. Hilliard, Daniel F. Sullivan, Ringer, Wilhartz & Hirsch and Loucks, Eckert & Peterson, for appellees; William Wilhartz, Ben A. Stewart and Isador Becker, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Nelson Culp, defendant in error, v. Fred H. Massmann, plaintiff in error. Gen. No. 36,082.

Heard in the first division of this court for the first district at the June term, 1932. Opinion filed December 29, 1932. Rehearing denied January 13, 1933.

Chester E. Cleveland, for plaintiff in error; S. S. Cunningham, of counsel. James H. Christensen, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

Lake Shore Country Club, appellant, v. Horace L. Brand et al., appellees. Gen. No. 36,091.

Heard in the first division of this court for the first district at the June term, 1932. Opinion filed December 29, 1932. Rehearing denied and opinion slightly modified January 13, 1933.

Julius Moses, Frederic Burnham and Walter Bachrach, for appellant. Deneen, Healy & Lee and Ernest Saunders, for appellees; John Healy, John H. S. Lee and Thomas C. McConnell, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.